**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CARL WORTMANN**                                                                           **PLAINTIFF**

**V.**                                              **No. 4:25-CV-00982-JM-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                                           **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition ("RD") submitted by United States

Magistrate Judge Edie R. Ervin. No objections have been filed. After careful consideration of the

RD and a *de novo* review of the record, the Court approves and adopts the RD in its entirety.

Accordingly, the Commissioner's decision is AFFIRMED, and judgment will be entered

for the Commissioner.

IT IS SO ORDERED this 27th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE