**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CARL WORTMANN**                                                      **PLAINTIFF**

**V.**                              **No. 4:25-CV-00982-JM-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                       **DEFENDANT**

## JUDGMENT

Consistent with today's Order, judgment is entered for the Commissioner.

DATED this 27th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE